Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

In re MANSKE. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) In the matter of the judicial settlement of the account of Josephine G. Manske, formerly Josephine Gunther, as administratrix, etc., of Otto Gunther, deceased. No opinion. Motion granted, without costs.

MARSHALL, Respondent, v. AUBURN & NORTHERN ELECTRIC R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Appeal from Special Term. Action by John S. Marshall against the Auburn & Northern Electric Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the omission by the defendant to erect a barrier such as would prevent a runaway horse from running upon and over the portion of the street in question did not establish negligence upon the part of the defendant; that the barrier contemplated in the franchise was such as would warn persons driving upon the street in question, rather than protect them from any accident resulting from the occupation of such street.

WILLIAMS, J., concurs.

MARTINE v. HUDSON VALLEY RY. CO. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Mary E. Martine, as administratrix, etc., of Godfrey R. Martine, deceased, against the Hudson Valley Railway Company. No opinion. Motion denied.

MATTEO, Respondent, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Michael Matteo against Thomas J. Reilly. No opinion. Judgment of the Municipal Court reversed, as against the weight of evidence, and new trial ordered, costs to abide the event, unless the plaintiff consent to reduce the judgment to $6, in which event the judgment, as reduced, is affirmed, without costs.

MATTESON, Respondent, v. MATTESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Anna K. Matteson against Frank H. Matteson. No opinion. Interlocutory judgment, so far as appealed from, affirmed, with costs.

WILLIAMS, J., dissents, and votes for reduction of the alimony to $600 per year.

MAY, Respondent, v. ZIETLON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Emerson S. May, trading as Green Bros., against Emma Zietlon. No opinion. Order affirmed, with $10 costs and disbursements.

MAYER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Mary Mayer, as administratrix, against the New York City Railway Company. E. D. O'Brien, for appellant. J. Larrabee, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON and SCOTT, JJ., dissent.

MEANY, Appellant, v. SCOTT, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by John J. Meany against Robert H. Scott. G. Ryall, for appellant. M. J. Tierney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Motion denied, with $10 costs. Order filed.

In re MILGRIM. (Supreme Court, Appellate Division, First Department. December 27, 1907.) In the matter of Herman Milgrim. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILLANG, Respondent, v. DONOHUE, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Charles Millang against William H. Donohue. No opinion. Motion granted, on condition that the appellant perfect his appeal within 20 days, and place the case upon the next calendar of this court, and be ready for argument when the cause is reached; otherwise, motion denied, without costs.

MILLER v. FRIEDMAN et al. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Appeal from Special Term. Action by Annie Miller against Samuel Friedman and others. From an order providing that answers may remain in lieu of demurrer, plaintiff appeals. Modified. Julius Blumofe, for appellant. Isidor Cohn, for respondents.

PER CURIAM. Order should be modified by striking out the words, "and that the answer of said defendants heretofore served on plaintiff's attorney remain in lieu and stead thereof," with $10 costs and disbursements to appellant, and with leave to defendants to make such motion in the court below as they shall be advised.

MILLER, Respondent, v. JACOB et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Jacob G. Miller against Charles Jacob and another. No opinion. Motion for reargument denied, with $10 costs.

MILLRING, Appellant, v. KEITSCH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by William J. Millring against Marie